## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| PETER GOSDEN, d/b/a ) <br> WICKED FISH APPAREL and ) <br> WICKED FISH LLC, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br>  ) <br>  ) <br> ERAZORBITS, INC., ) <br>  ) <br> Defendant. ) <br> _____ ) | Civil Action No.  2:21-CV-01169-DCN <br><br> **REQUEST FOR ENTRY OF DEFAULT** |

**COMES NOW** the Plaintiff, by and through its undersigned counsel, and requests of this Honorable Court an entry of default against Defendant Erazorbits, Inc., respectfully showing unto the Court the following:

1. A Complaint was filed with the Court in this case on April 20, 2021.

2. Summons was issued by this Court for Erazorbits, Inc., on May 4, 2021.

3. Defendant Erazorbits, Inc., was served with a copy of the Summons and Complaint by personal service on its Registered Agent Khalid Shehady on May 7, 2021, by Brian Ballantine, Process Server.

4. More than twenty-one days elapsed before Defendant filed a Pro Se Answer on behalf of Defendant Erazorbits, Inc. The Registered Agent of the Defendant filed an Answer on June 3, 2021. Upon information and belief, The Registered Agent of the Defendant Erazorbits, Inc.., Khalid Shahady, is not a licensed attorney. Under South Carolina law a corporation must be represented by a licensed attorney. As such a valid Answer from the Defendant has not yet been filed.

5. Defendant Erazorbits, Inc., is in default.

**WHEREFORE,** Plaintiff requests of this Court an entry of default against Defendant Erazorbits, Inc.

Dated this 10th day of September, 2021.

                    Respectfully submitted,

                    FINN LAW FIRM, P.C.

By:   /s/ Thomas J. Finn
       Thomas J. Finn
       Federal I.D. No. 6336

Post Office Box 6003
Hilton Head Island, South Carolina  29938
Telephone:  (843)682-3555

                    **Attorney for the Plaintiffs**