UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER GOSDEN d/b/a , )<br>WICKED FISH APPAREL and )<br>WICKED FISH, L.L.C. )<br> )<br>Plaintiff, )<br> )<br>vs. )<br>ERAZORBITS, INC., )<br> )<br>Defendant )<br>_____) | Civil Action No.: 3:22-cv-00075 GC-DEA |

## STIPULATION OF DISMISSAL

WHEREAS the parties have entered into a settlement on this 3rd day of October, 2025;

IT IS HEREBY STIPULATED AND AGREED BY THE UNDERSIGNED that the above matter is dismissed with prejudice and without costs, subject to the Court retaining jurisdiction for enforcement of the settlement agreement (in the event necessary).

The Court hereby consents to retain jurisdiction regarding compliance with the settlement which will be administered by Magistrate Judge Justin T. Quinn.

| | |
|---|---|
| DAVID SCHRADER & ASSOCIATES, P.C.<br>Counsel for Plaintiffs | COFFEY MODICA LLP<br>Counsel for Defendant |
| By:\_\_\_\_/s/ David Schrader_____<br>David A. Schrader<br>2500 Westchester Ave, Suite 109<br>Purchase, New York 10577<br>Telephone (347) 879-2345<br>dschrader@bizlaw1.com | By:_____<br>Robert Modica<br>1377 Motor Parkway, Ste 212<br>Islandia, New York 11749<br>Telephone (516) 908-8500<br>rmodica@coffeymodica.com |

Dated: October \_\_, 2025

SO ORDERED:

_____
Magistrate Judge Justin T. Quinn